No. 215, Misc. DURHAM *v.* BREWER, SHERIFF. C. A. 5th Cir. Certiorari denied.

No. 216, Misc. BLAYLOCK *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 219, Misc. JACKSON *v.* CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 220, Misc. JACKSON *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. *Earl Faircloth,* Attorney General of Florida, and *Arden M. Siegendorf,* Assistant Attorney General, for respondent.

No. 222, Misc. ANCRUM *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 225, Misc. STAHL *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *John J. Cleary* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Kirby W. Patterson* for the United States.

No. 228, Misc. MAYBERRY *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 229, Misc. TAYLOR *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Clement Theodore Cooper* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Kirby W. Patterson* for the United States.